UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN MICHAEL THUEMLER,<br><br>    Petitioner,<br><br>    v.<br><br>STANISLAUS COUNTY,<br><br>    Respondent. | Case No.: 1:16-cv-00353-JLT<br><br>ORDER CONSTRUING PETITION AS MOTION TO AMEND PETITION IN CASE NO. 1:16-cv-00175-MJS<br><br>ORDER DIRECTING CLERK OF COURT TO RE-FILE INSTANT PETITION AS MOTION TO AMEND IN CASE NO. 1:16-cv-00175-MJS<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE THIS CASE |

Petitioner challenges a 2013 conviction in the Stanislaus County Superior Court and his resulting sentence of six years. However, the Court notes that Petitioner had filed a previous federal petition in this Court challenging the same conviction in case number 1:06-cv-00174-MJS. Thus, the Court construed the filing as a motion to amend the petition filed in the earlier case and orders this matter closed.

**I.    DISCUSSION**

In Woods v. Carey, 525 F.3d 886 (9th Cir. 2008), the Ninth Circuit held that, under certain circumstances, if a pro se petitioner files a habeas petition during the pendency of a previous petition, the district court should construe the second petition as a motion to amend the previous petition. Woods, 525 F.3d at 889-890. Hence, Woods appears to require a district court to construe a "second

or successive" petition filed while an earlier petition is still pending in the district court as a motion to amend the earlier petition.

Because Petitioner has a pending federal habeas petition in case number 1:16-cv-00175-MJS, which challenges the same conviction as in this case, the Court must construe this petition as a motion to amend the earlier-filed petition. Woods, at 889-890. Thus, the Court **ORDERS**:

1. The Court construes the petition (Doc. 1), as a motion to amend the petition in case number 1:16-cv-00175-MJS;
2. The Clerk of Court is DIRECTED to docket the petition in this case as a motion to amend in case number 1:16-cv-00175-MJS;
3. The Clerk of Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated: **March 23, 2016**                              **/s/ Jennifer L. Thurston**
                                                                      UNITED STATES MAGISTRATE JUDGE