IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JUSTIN MICHAEL THUEMLER,**<br><br>Petitioner,<br><br>v.<br><br>**STANISLAUS COUNTY,**<br><br>Respondent. | Case No. 1:16-cv-00175 MJS (HC)<br><br>**ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILING TO COMPLY WITH A COURT ORDER**<br><br>**(Doc. 16)** |

Petitioner is a state prisoner proceeding *pro se* with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

On June 9, 2016, the Court ordered Petitioner to provide notice of the Court whether he was electing to proceed with his first amended petition, or to submit a second amended petition. (ECF No. 16.) Petitioner was provided thirty (30) days from the date of service of the order to file a response. (Id.)

As of this date, over thirty (30) days have passed and the Court has not received a response from Petitioner as required by the June 9, 2016 order.

Local Rule 110 provides: "Failure of counsel or of a party to comply with these

1

Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

    Respondent is HEREBY ORDERED to, within thirty (14) days of service of this order, SHOW CAUSE why appropriate sanctions, including dismissal of this action, should not be imposed for failing to comply with a court order.

IT IS SO ORDERED.

Dated:   August 6, 2016       /s/ *Michael J. Seng*
                                                   UNITED STATES MAGISTRATE JUDGE