1

2

3

4

5

6

7

IN THE UNITED STATES DISTRICT COURT

8

FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10

11

12

13

14

15

16

**JUSTIN MICHAEL THUEMLER,**

Petitioner,

v.

**STANISLAUS COUNTY,**

Respondent.

1:16-cv-00175 MJS HC

**ORDER REQUIRING RESPONDENT TO FILE RESPONSE TO PETITIONER'S SECOND AMENDED PETITION**

**(Doc. 18)**

17

18        Petitioner is a state prisoner proceeding pro se with a Petition for Writ of Habeas

19    Corpus pursuant to 28 U.S.C. § 2254.

20        The Court previously conducted a preliminary review of the petition and ordered

21    Respondent to file a response. Respondent filed a motion to dismiss on April 8, 2016.

22    However, Petitioner had previously moved to amend his petition. (ECF No. 11.) The

23    Court granted the motion to amend, and Petitioner filed a second amended petition on

24    August 22, 2016. (ECF No. 18.) Having reviewed the amended petition it is not clear

25    from the face of the Petition whether Petitioner is entitled to relief. 28 U.S.C. § 2243.

26    ///

27    ///

28    ///

1

1    Accordingly, the Court HEREBY ORDERS that Respondent is provided thirty (30)

2  days to review the amended petition and submit a renewed response to the Petition. The

3  response and deadlines for related pleadings should otherwise conform to the rules set

4  forth in the Court's prior scheduling order issued on February 8, 2016.

5

6  IT IS SO ORDERED.

7    Dated:   August 25, 2016         /s/ *Michael J. Seng*

8                                    UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28